IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

T. A. HALL[1],

    Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social
Security,

    Defendant.

Case No. 1:19-cv-01315-CL

OPINION & ORDER

MARK D. CLARKE, Magistrate Judge.

Before the Court is Plaintiff's motion for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to her counsel, Plaintiff is hereby awarded attorney fees, expense, and costs in the total amount of $6,703.04 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). *See Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

---

[1] In the interest of privacy, this Opinion and Order uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

The Court hereby awards EAJA fees, broken down as follows: Plaintiff is awarded in the amount of $6,703.04 for attorney's and paralegal fees under, which represents 29.15 attorney hours at $205.25/hr in 2019 and 2020 [$5,983.04], and 7.2 paralegal and law clerk hours at $100/hour [$720.00].

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Frederick J. Daley and Daley Disability Law. The check shall be mailed to Mr. Daley at the following address:

Daley Disability Law, P.C.
4256 N. Ravenswood Ave., Suite 104
Chicago, IL 60613

IT IS SO ORDERED and DATED this 28th day of August, 2020.

/s/ Mark D. Clarke
MARK D. CLARKE
United States Magistrate Judge