IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| TERENCE A. HALL, | ) |
|           Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-01315-CL |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|           Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED PETITION
FOR ATTORNEY FEE PURSUANT TO § 206(b)(1)**

THIS CAUSE came before the Court on Petitioner's Unopposed Motion for attorney's fees. Petitioner filed his petition for attorney's fees pursuant to 206(b)(1) on July 25, 2022 (Docket #25), and the Defendant has no opposition to the fee.

Accordingly, IT IS ORDERED that the relief requested in the petition seeking an attorney fee of $19,969.25 pursuant to the Social Security Act is GRANTED. The Court ORDERS that payment by the Commissioner in the amount of $13,266.21, which represents the balance after the EAJA offset in amount of $6,703.04 is subtracted, be paid directly to attorney Frederick J. Daley, Jr. in accordance with the agreement signed by Plaintiff.

Date: 7/26/22

_____
Mark D. Clarke
United States Magistrate Judge